UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IRVIN DOYLE PARHAM, SR., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 1:10-0054 |
| v. | ) | Judge Campbell/Bryant |
| | ) | **Jury Demand** |
| PARK MANAGEMENT GROUP, LLC, | ) | |
| d/b/a JAMESON INN, | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

A settlement conference was held with the parties in this matter on September 30, 2010. The parties were able to reach a settlement satisfactory to each side. It appears that it will take approximately 30 days to complete the terms of the settlement agreement. Accordingly, the parties are directed to file on or before **November 5, 2010**, appropriate papers terminating this case with prejudice.

Inasmuch as nothing remains to be done by the undersigned, the **Clerk** is directed to return the file to the District Judge.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge