IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IRVIN DOYLE PARHAM, SR. | ) |
| | ) |
| v. | ) NO. 1-10-0054 |
| | ) JUDGE CAMPBELL |
| PARK MGE. GROUP, LLC | ) |

ORDER

The parties requested and were granted additional time until November 19, 2010, to file a Stipulation of Dismissal, and they have failed to file such a document.

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE